UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SHANE MATTHEW LUCAS,

        Plaintiff,                            Case No. 1:21-cv-299

v.                                         Honorable Paul L. Maloney

STATE OF MICHIGAN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to bring those claims in state court.

Dated:  August 24, 2021                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge